# Court of Appeals
# of the State of Georgia

ATLANTA,___July 03, 2012___

*The Court of Appeals hereby passes the following order:*

## A12D0418.  IRINA RIVERA, et al. v. MARTHA SANCHEZ, et al.

Irina Rivera and Moises Sanguinetti filed a tort claim in superior court against several defendants.  The trial court granted the defendants' motion for summary judgment on the basis that the plaintiffs' claims were barred by Rivera's prior settlement of a workers' compensation claim.  Rivera and Sanguinetti filed this application for discretionary appeal seeking to challenge the trial court's ruling.

An order granting summary judgment is subject to direct appeal.  See OCGA § 9-11-56 (h); *Culwell v. Lomas & Nettleton Co.*, 242 Ga. 242, 243 (248 SE2d 641) (1978).  Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal.  As the order at issue is subject to direct appeal, this application is hereby GRANTED.  The appellants shall have 10 days from the date of this order to file a notice of appeal with the superior court, if they have not already done so. The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*_07/03/2012___
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*